## BATCHELDOR v. BOYD

No. 9P93

Case below: 108 N.C.App. 275

Petition by plaintiffs for writ of supersedeas and temporary stay denied 20 January 1993. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 20 January 1993.

## BERRIER v. THRIFT

No. 359P92

Case below: 107 N.C.App. 356

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 January 1993.

## BORG-WARNER ACCEPTANCE CORP. v. JOHNSTON

No. 329P92

Case below: 97 N.C.App. 575

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 7 January 1993.

## BORG-WARNER ACCEPTANCE CORP. v. JOHNSTON

No. 330P92

Case below: 107 N.C.App. 174

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 January 1993.

## BOWLES v. MUNDAY

No. 327PA92

Case below: 107 N.C.App. 118

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 January 1993.